Proskauer Rose LLP    Eleven Times Square    New York, NY 10036-8299

April 2, 2015

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

*Via ECF*

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Alvarez, et al. v. Coca-Cola Refreshments USA, Inc.*
           Second Circuit Case No. 14-4465

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(B), Defendant–Appellee Coca-Cola Refreshments USA, Inc., through its undersigned counsel, designates June 30, 2015 as the date to file its brief in the above-captioned appeal. This date is within 91 days of the filing of Plaintiffs-Appellants' brief.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    Howard R. Birnbach, Esq. (via ECF)
       Gregory I. Rasin, Esq. (via ECF)
       Bradford G. Harvey, Esq. (via ECF)
       David B. Kesler, Esq. (via ECF)